No. 89–312.   SYRACUSE PEACE COUNCIL ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 89–317.   WALL *v.* UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–346.   ALASKA AIRLINES, INC., ET AL. *v.* DEPARTMENT OF REVENUE OF OREGON.   Sup. Ct. Ore.   Certiorari denied.

No. 89–352.   SILVERSTEIN *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 89–366.   WOMEN INVOLVED IN FARM ECONOMICS *v.* YEUTTER, SECRETARY OF AGRICULTURE, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 89–407.   WEIDNER ET AL. *v.* ALASKA ET AL.   Ct. App. Alaska.   Certiorari denied.

No. 89–424.   MISSOURI *v.* BULLOCH.   Sup. Ct. Mo.   Certiorari denied.

No. 89–433.   DIRECTOR OF REVENUE OF MISSOURI *v.* HACKMAN ET UX.   Sup. Ct. Mo.   Certiorari denied.

No. 89–480.   WHITE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–484.   FAIRPRENE INDUSTRIAL PRODUCTS CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 2d Cir.   Certiorari denied.

No. 89–497.   HARRIS COUNTY FLOOD CONTROL DISTRICT ET AL. *v.* JOHNSTON.   C. A. 5th Cir.   Certiorari denied.

No. 89–508.   UNITED STATES CAN CO. ET AL. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS ET AL.   Sup. Ct. Wis.   Certiorari denied.